March 4, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

**CHARLES KENNEBREW, SR. AND ELITE PROTECTIVE SERVICES, LLC,**
Appellants/Cross-Appellees

NO. 14-12-01015-CV
NO. 14-12-01044-CV            V.

**MICHAEL R. HARRIS, Appellee/Cross-Appellant**
_____

This cause, an appeal from the judgment signed August 9, 2012 in favor of appellee Michael R. Harris, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to

a.     increase the actual damages awarded to Harris from $29,295.29 to $64,144.19; and

b.     delete the portions of the judgment holding Charles Kennebrew Sr. jointly and severally liable with Elite Protective Services, LLC.

Thus, in the judgment as modified, Elite is solely liable to Harris for $64,144.19 in actual damages and $50,023.00 in attorney's fees, together with costs and post-judgment interest.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellant/cross-appellee Elite Protective Services, LLC to pay all costs incurred in this appeal.

We further order this decision certified below for observance.